# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Murray

Plaintiff,

v.

Case No. 09C348

MATC

Defendant.

## NOTICE FROM COURT

Judge Lynn Adelman

Date: 4/22/10

By: mw

Case settled. Judge orders case administratively closed.